AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Ernesto Arberty Mendez Herrera, Ricky Junior Rodriguez Reynoso, Cristofel Baez Guerrero, Luis Castillo, Yomerli Mendez Arias, Estarling Perez Almonte, Raidyn Hernandez Montero, ▓▓▓▓▓▓▓▓▓▓ Ricardo Canela Soto ▓▓▓▓▓▓▓▓▓▓ | ) ) ) ) ) ) | Case No.   24-mj-1586-DLC |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   October 2023- October 2024   in the county of   Essex   in the
_____ District of   Massachusetts   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 846 | Conspiracy to distribute and to possess with intent to distribute controlled substances |

This criminal complaint is based on these facts:

See Attached Affidavit of Andrew Frigon, DEA Special Agent

☑ Continued on the attached sheet.

*Andrew Frigon* DLC
*Complainant's signature*

Andrew Frigon, DEA Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   10/25/2024

*Judge's signature*

City and state:   Boston, MA      Hon. Donald L. Cabell, U.S. Magistrate Judge
*Printed name and title*